Colin M. Stephens
STEPHENS BROOKE, P.C.
315 W. Pine
Missoula, MT 59802
Phone: (406) 721-0300
colin@stephensbrooke.com

    *Attorney for Defendant*

# In the United States District Court
## For the District of Montana
## Billings Division

| United States of America, | Cause No. CR 20-121-BLG-DLC |
|---|---|
| Plaintiff, | |
| -vs- | **Defendant's Opposed Motion to Dismiss** |
| Gregory Richard Boyd, | |
| Defendant. | |

## *Motion*

Through counsel, Gregory Boyd moves this Court to dismiss the Indictment against him in this matter on the grounds that the offense for which he is charged, *18 U.S.C. 922(g)(1)*, is both facially unconstitutional and unconstitutional as applied following the United States Supreme Court's decision in *New York State Rifle & Pistol*

*Association, Inc. v. Bruen*, 142 S.Ct. 2111 (2022) (*Bruen*).

This Motion is **opposed** by the Government.[1]

Further argument and authority for this motion is set forth in the Brief in Support filed contemporaneously with this Motion.

Respectfully submitted this 15th day of November 2022.

                                        /s/ Colin M. Stephens
                                        Colin M. Stephens
                                        STEPHENS BROOKE, P.C.
                                        Attorney for Boyd

---

[1] For the Court's reference, a motion similar to this one was filed in United States v. Butts, CR 22-33-M-DWM. The Hon. Donald W. Molloy denied the motion October 31, 2022. (Dkt. 33)

<u>Certificate of Service</u>

I, Colin M. Stephens, do hereby certify that a true and correct copy of the foregoing was served upon the following by the means indicated below.

Timothy Tatarka. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  CM/ECF
Assistant United States Attorney

Gregory Boyd . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . U.S. Mail
Defendant
Roosevelt County Detention Center
415 2nd Ave
Wolf Point, MT 59201

Dated this 15th day of November 2022.

                                             /s/ Colin M. Stephens
                                             Colin M. Stephens
                                             STEPHENS BROOKE, P.C.
                                             Attorney for Boyd