IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–121–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| GREGORY RICHARD BOYD, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion to Permit Essential Witness to Testify May 19, 2023. (Doc. 65.) The motion requests leave to allow an essential witness, Laurie Mann, to testify no earlier than May 19, 2023 to accommodate her travel from Kansas to Missoula because of other trial testimony obligations. (*Id.* at 1–2.) The United States notes the possibility that trial may need to recess early on May 18 to allow Ms. Mann to testify on May 19. (*Id.* at 2.) Defendant Gregory Richard Boyd does not oppose the motion. (*Id.* at 3.)

Accordingly, IT IS ORDERED that the motion (Doc. 65) is GRANTED. The Court will permit Ms. Mann to testify on May 19, 2023.

DATED this 9th day of May, 2023.

_____
Dana L. Christensen, District Judge
United States District Court

1