IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–121–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| GREGORY RICHARD BOYD, | |
| Defendant. | |

Before the Court is the Unopposed Motion to Allow Material Witness Martika Morgan to Appear in Her Own Clothes. (Doc. 87.) The motion requests an order commanding the U.S. Marshals Service to make necessary arrangements for Ms. Morgan to change into her own clothing before she testifies at the bench trial set to resume at 1:00 p.m. tomorrow. The United States and Mr. Boyd do not object.

Accordingly, IT IS ORDERED that the motion (Doc. 87) is GRANTED. The U.S. Marshals Service shall make any necessary arrangements to allow Ms. Morgan to change into her own clothing before her testimony at the bench trial.

DATED this 24th day of May, 2023.

_____
Dana L. Christensen, District Judge
United States District Court

1