IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 20–121–BLG–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| GREGORY RICHARD BOYD, | |
| Defendant. | |

Ms. Martika Morgan was arrested pursuant to the Court's bench warrant (Doc. 78) after she failed to appear in accordance with her subpoena to testify in the trial in this matter. Ms. Morgan has completed her testimony in this case and has been excused as a witness by both parties.

Accordingly, IT IS ORDERED that the U.S. Marshals Service shall release Ms. Morgan from custody pursuant to the bench warrant issued in this case (Doc. 78).

DATED this 25th day of May, 2023.

_____
Dana L. Christensen, District Judge
United States District Court

1