IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–121–BLG–DLC |
| Plaintiff, | |
| vs. | VERDICT |
| GREGORY RICHARD BOYD, | |
| Defendant. | |

The Court finds the defendant, Gregory Richard Boyd, guilty beyond a reasonable doubt of the offense of being a prohibited person in possession of a firearm or ammunition as charged in the indictment.

DATED this 26th day of May, 2023.

_____
Dana L. Christensen, District Judge
United States District Court