IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–121–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| GREGORY RICHARD BOYD, | |
| Defendant. | |

Before the Court is Defendant Gregory Richard Boyd's motion for compassionate release. (Doc. 121.) Boyd explains that "[t]he basis of this request is to allow th[e] Court to review and determine if it was openly seeking to apply 399 days of federal custody time served credit towards Defendant[s] 30-month federal sentence." (*Id.* at 6.)

The Sentencing Commission provides explicit examples of what constitutes an "extraordinary and compelling reason." U.S. Sent'g Guidelines Manual § 1B1.13 (U.S. Sent'g Comm'n 2025). While the list is not exhaustive, the Court concludes that Defendant's desire to obtain credit toward Defendant's sentence does not constitute an "extraordinary and compelling reason." It is up to the Bureau of Prisons to calculate inmate sentences in accordance with Federal statute. *See* https://www.bop.gov/inmates/custody_and_care/sentence_computations.jsp (accessed December 11, 2025).

Accordingly, IT IS ORDERED that the motion (Doc. 121) is DENIED.

DATED this 11th day of December, 2025.

_____
Dana L. Christensen, District Judge
United States District Court